

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

§

THE STATE OF TEXAS, § No. 08-21-00047-CR

State, § Appeal from the

v. § County Criminal Court No. 4

RICHARD COURTLAND, § of El Paso County, Texas

Appellee. § (TC# 20180C11534)

§

## **O R D E R**

The Court GRANTS the Motion for Extension of Time to File Findings of Facts and Conclusions of Law in reference to this Court's order of June 15, 2021. The trial court is directed to file written findings of facts and conclusions of law with the County Clerk of El Paso, County on or before July 22, 2021. The County Clerk of El Paso County is directed to prepare and file supplemental clerk's record containing the findings of fact and conclusions of law with the Clerk of this Court on or before July 26, 2021.

IT IS SO ORDERED this 20th day of July, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.